IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANDREW AIMEE KEEL,                    )
      Petitioner,                    )          Civil Action No. 14-122 Erie
                                            )
      v.                                    )
                                            )
SUPERINTENDENT COLEMAN, et al.,       )
      Respondents.                   )

**MEMORANDUM OPINION**

CONTI, Chief District Judge.

Pending before the court is the petition for a writ of habeas corpus filed by state prisoner

Andrew Aimee Keel ("Keel") pursuant to 28 U.S.C. § 2254. Keel challenged the legality of his

imprisonment, which is the result of the judgment of sentenced imposed upon him in June 2008

by the Court of Common Pleas of Erie County on his convictions of burglary, robbery and

related crimes.

This case was referred to United States Magistrate Judge Susan Paradise Baxter in

accordance with 28 U.S.C. § 636(b) and Local Rule 72. The magistrate judge issued a report and

recommendation ("R&R") in which she recommended that the petition be denied and that a

certificate of appealability be denied. [ECF No. 22]. Keel was served with the R&R at his

address of record and was advised that he had until July 5, 2016, to file objections to it. Keel did

not file objections, and he did not seek an extension of time to file them.

After *de novo* review of the R&R and the other documents filed in this case, the court

adopts the R&R as the opinion of the court. The petition is denied and a certificate of

appealability is denied on all claims.

1

An appropriate order follows.

BY THE COURT,

Date: July 19, 2016                    */s/ Joy Flowers Conti*
                                       Joy Flowers Conti
                                       Chief United States District Court Judge