IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ANDREW AIMEE KEEL, | ) | |
|---|---|---|
| Petitioner, | ) | Civil Action No. 14-122 Erie |
| | ) | |
| v. | ) | |
| | ) | |
| SUPERINTENDENT COLEMAN, et al., | ) | |
| Respondents. | ) | |

## **ORDER**

**AND NOW**, this 19th day of July, 2016, it is hereby **ORDERED** that Andrew Aimee Keel's petition for a writ of habeas corpus is **DENIED** and a certificate of appealability is **DENIED** on all claims. The Report and Recommendation [ECF No. 22] is adopted as the opinion of the court. It is further **ORDERED** that **JUDGMENT** is entered in favor of the Respondent and against the Petitioner.

The Clerk of Court is directed to close this case.

BY THE COURT,

*/s/ Joy Flowers Conti*
Joy Flowers Conti
Chief United States District Court Judge